No. 89–372. AMANDA ACQUISITION CORP. v. UNIVERSAL FOODS CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–434. JULIEN v. BAKER. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 89–457. MCCLURE ET UX. v. JEFFERSON ARMS CORP. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 89–463. TIERNEY v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 89–466. MAALOUF v. KAZAN. C. A. 9th Cir. Certiorari denied.

No. 89–491. AMERICAN INVESTORS OF PITTSBURGH, INC., ET AL. v. UNITED STATES; and
No. 89–520. ZYTNICK v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 879 F. 2d 1087.

No. 89–495. ALEXANDER v. MASSACHUSETTS LABOR RELATIONS COMMISSION. Sup. Jud. Ct. Mass. Certiorari denied.

No. 89–499. FIRTH ET AL. v. SOLGAR MARYLAND REALTY, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–509. CITY OF PHILADELPHIA ET AL. v. WALMSLEY, ADMINISTRATRIX OF THE ESTATE OF WALMSLEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–526. RIVERA DEL SOCORRO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–587. ROPER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5057. VOLANTY v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 89–5067. FIELDS ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.